**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOSEPH ESHUN** : | |
| : | **CIVIL ACTION NO. 3:15-1034** |
| **Plaintiff** : | |
| : | **(JUDGE MANNION)** |
| **v.** : | |
| : | |
| **MARCIA WELSH,** *et al.* : | |
| : | |
| **Defendants** : | |

# O R D E R

In accordance with the accompanying memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the plaintiff's motion for leave to depose two witnesses, (Doc. 32), is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: July 18, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1034-01-Order.docx