# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. JOSEPH ESHUN | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:15-1034 |
| v. | : | (JUDGE MANNION) |
| DR. MARCIA WELSH, et al. | : | |
| Defendants | : | |

## ORDER

In accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** Defendants' motion for summary judgment (Doc. 20) is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: February 11, 2019**
O:\MANNION\SHARED\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1034-02-ORDER.DOCX